## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 15 |
| | ) |
| Hellas Telecommunications (Luxembourg) V, | ) Case No. 10-13651 (KJC) |
| | ) |
| | ) |
| Debtor in a Foreign Proceeding. | ) |
| | ) |

## AGENDA FOR FIRST DAY HEARING
## AND INDEX OF FIRST DAY PLEADINGS

**DATE AND TIME OF HEARING:** **NOVEMBER 16, 2010 AT 1:00 P.M. (EST)**

**LOCATION:** **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5th FLOOR, COURTROOM 5, WILMINGTON, DELAWARE 19801**

A.   Voluntary Petition

    1.   Voluntary Petition of Hellas Communications (Luxembourg) V [Docket No. 1 - filed November 12, 2010]

B.   Verified Petition

    2.   Verified Petition for Recognition of Foreign Main Proceeding Supplementing "Voluntary Petition" [Docket No. 1] and Motion for Related Relief Giving Full Force and Effect to UK Scheme of Arrangement [Docket No. 2 - filed November 12, 2010]

        A.   Declaration of Michael Corner-Jones Pursuant to 28 U.S.C. § 1746 [Docket No. 3 - filed November 12, 2010]

        B.   Declaration of Christian Pilkington Pursuant to 28 U.S.C. § 1746 [Docket No. 4 - filed November 12, 2010]

C.   First Day Motion

    3.   Motion for Order Scheduling Hearing and Specifying Form and Manner of Service of Notice [Docket No. 5 - filed November 12, 2010]

Dated: November 15, 2010
Wilmington, Delaware

_____

Mark D. Collins (No. 2981)
Lee E. Kaufman (No. 4877)
Christopher M. Samis (No. 4909)
Robert C. Maddox, Esq. (No. 5356)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

Evan C. Hollander
Richard A. Graham
WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113

*Attorneys for Alastair Beveridge as Movant and
Foreign Representative of Hellas
Telecommunications (Luxembourg) V*

RLF1 3628304v. 1