# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) )  ) |
| Hellas Telecommunications (Luxembourg) V, | ) Chapter 15 ) |
| Debtor in a Foreign Proceeding. | ) Case No. 10-13651 (KJC) ) |

## NOTICE OF FILING AND HEARING ON PETITION UNDER CHAPTER 15 OF THE UNITED STATES BANKRUPTCY CODE AND MOTION FOR RELATED RELIEF

**PLEASE TAKE NOTICE** that on November 12, 2010, Alastair Beveridge (the "Petitioner"), in his capacity as the foreign representative of Hellas Telecommunications (Luxembourg) V (the "Debtor"), filed a Petition for Recognition of Foreign Main Proceeding and Motion for Related Relief (the "Petition") pursuant to chapter 15 of title 11 of the United States Code (the "Bankruptcy Code"), with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that, among other things, the Petition seeks the entry of an order (i) recognizing the voluntary restructuring proceeding (the "UK Proceeding") that was initiated by the Debtor in the Chancery Division (Companies Court) of the High Court of Justice of England and Wales (the "UK Court") in London, United Kingdom on November 4, 2010, as a foreign main proceeding pursuant to sections 1515 and 1517 of the Bankruptcy Code, and (ii) granting related relief pursuant to sections 105(a), 1507(a), 1509(b)(2)-(3), 1520, 1521(a) and 1525 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has scheduled a hearing to consider the relief requested in the Petition for **2:00 p.m. (Delaware time) on December 13, 2010** (the "Hearing").

Copies of the Petition and all accompanying documentation are available to parties-in-interest on the Bankruptcy Court's Electronic Case Filing System, which can be accessed from the Bankruptcy Court's website at http://www.deb.uscourts.gov (a PACER login and password are required to retrieve a document) or upon written request to the Petitioner's U.S. counsel (including by facsimile or e-mail) addressed to:

WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Attn: Richard A. Graham
rgraham@whitecase.com

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the Petition and the relief requested therein shall set forth the basis therefor and shall be made in writing and in accordance with the Bankruptcy Code, the local rules of the Court and the Federal Rules of Bankruptcy Procedure, and such responses or objections must be filed with the Office of the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, DE 19801, and be served upon White & Case LLP, 1155 Avenue of the Americas, New York, New York 10036-2787 (Attn: Evan C. Hollander, Esq.) and Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware 19801 (Attn: Mark D. Collins), U.S. counsel to the Movant; and Bingham McCutchen LLP, 399 Park Avenue, New York, New York 10022-4689 (Attn: Ronald J. Silverman, Esq. and R. Jeffery Black, Esq.) and Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, Delaware 19801 (Attn: Laura Davis Jones, Esq. and Timothy P. Cairns, Esq.), U.S. counsel to the Senior Secured Working Group, **so as to be received on or before December 7, 2010 at 4:00 p.m., Eastern Time**.

**PLEASE TAKE FURTHER NOTICE** that all parties-in-interest opposed to the Petition or the request for relief contained therein must appear at the Hearing at the time and place set forth above.

**PLEASE TAKE FURTHER NOTICE** that if no response or objection is timely filed and served as provided above, the Court may grant the relief requested in the Petition without further notice.

**PLEASE TAKE FURTHER NOTICE** the Hearing may be adjourned from time to time without further notice other than an announcement in open court, or a notice of adjournment filed with the Court, of the adjourned date or dates at the hearing or any other further adjourned hearing.

Dated: New York, New York
November 16, 2010

    WHITE & CASE LLP

    By: */s/ Evan C. Hollander*

    1155 Avenue of the Americas
    New York, New York 10036-2787
    Telephone: (212) 819-8200
    Facsimile: (212) 354-8113
    Evan C. Hollander
    Richard A. Graham