## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | ) Chapter 15 |
|  | ) |
| Hellas Telecommunications (Luxembourg) V, | ) Case No. 10-13651 (KJC) |
|  | ) |
| Debtor in a Foreign Proceeding. | ) Re: Docket No. 51 *53* |
|  | ) |

## FINAL DECREE CLOSING THE CHAPTER 15 CASE

This matter coming before the Court on the *Motion of the Foreign Representative for Entry of a Final Decree Closing the Chapter 15 Case*, filed on July 9, 2013 [Docket No. 51] (the "Motion")[1] by Alastair Beveridge, a partner of Zolfo Cooper LLP, 10 Fleet Place, London EC4M 7RB, United Kingdom, in his capacity as the duly appointed foreign representative (the "Foreign Representative") of Hellas Telecommunications (Luxembourg) V, a debtor in a voluntary restructuring proceeding pending before the High Court of Justice of England and Wales; and the Court having reviewed the Motion; and appropriate and timely notice of the filing of the Motion having been given; and no other or further notice being necessary or required; and the Court having determined that the legal and factual bases set forth in the Motion and all other pleadings and proceedings in the Chapter 15 Case establish just cause to grant the relief ordered herein; and after due deliberation, therefore

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED as set forth herein.

2.      The Chapter 15 Case shall be, and is hereby, closed, effective as of the entry of this Final Decree.

---

[1]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

3.      Any orders heretofore entered by this Court in the Chapter 15 Case shall survive the entry of this Final Decree.

4.      Notwithstanding the closing of the Chapter 15 Case, the Foreign Representative may reopen the Chapter 15 Case upon the filing of an appropriate notice with this Court in connection with any request that the Court interpret, enforce or otherwise grant relief in aid of any prior orders of this Court.

5.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the entry and implementation of this Final Decree.

Dated: _____, 2013
        Wilmington, Delaware

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

2